# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dawn Lathe,

    Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:05cv309

Joanne B. Barnhart,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/21/07 Order.


Signed: June 22, 2007

Frank G. Johns, Clerk
United States District Court